UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREN HOCKETT,** <br><br> Plaintiff <br><br> v. <br><br> **BLUESTEM BRANDS, INC., d/b/a FINGERHUT** <br> Defendant | ) <br> ) <br> ) <br> ) **Case No.: 2:16-cv-00494-RCM** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.


Dated: August 18, 2016        BY: */s/ Craig Thor Kimmel*
                                               Craig Thor Kimmel, Esquire
                                               Kimmel & Silverman, P.C.
                                               30 E. Butler Avenue
                                               Ambler, PA 19002
                                               Phone: (215) 540-8888
                                               Facsimile: (877) 788-2864
                                               Email: kimmel@creditlaw.com
                                               Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2016, a true and correct copy of the foregoing pleading was served via ECF to the below:

Laura A. Lange, Esq.
McGuire Woods, LLP
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222
Phone: (412) 667-7941
Email: llange@mcguirewoods.com

Dated: <u>August 18, 2016</u>   BY: <u>*/s/ Craig Thor Kimmel*</u>
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff